IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:23-cv-06819<br>) |
| ULTA BEAUTY, INC., a Delaware Corporation | ) Honorable Nancy L. Maldonado<br>)<br>)<br>) |
| Defendant. | )<br>)<br>) |

**NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiff, Howard Cohan ("Plaintiff"), by and through his undersigned counsel, hereby notifies the Court that the Parties have agreed in principle to settle the above-captioned matter. The Parties respectfully request that all upcoming deadlines and hearings, including the Status Conference scheduled for November 30, 2023, be adjourned while counsel for the Parties finalize a Settlement Agreement and Stipulation of Dismissal.

        Respectfully submitted,

        CASS LAW GROUP, P.C.

        /s/ Angela C. Spears
        Angela C. Spears
        CASS LAW GROUP, P.C.
        20015 S. LaGrange Rd #1098
        Frankfort, IL 60423
        T: (833) 343-6743
        F: (855) 744-4419
        E: aspears@casslawgroup.com
        *Counsel for Plaintiff*

Dated: November 28, 2023