IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:23-cv-06819 |
| v. | ) |
| | ) Honorable Nancy L. Maldonado |
| ULTA BEAUTY, INC., a Delaware Corporation | ) |
| | ) |
| Defendant. | ) |

**<u>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff, Howard Cohan, and Defendant, Ulta Beauty, Inc., through their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the voluntary dismissal of this matter, including any and all pending claims in this matter, with prejudice, without costs to either party.

By:  /s/ Angela Spears                                    /s/ Andrew S. Rosenman
    Angela Spears                                          Andrew S. Rosenman
    CASS LAW GROUP, P.C.                                   MAYER BROWN LLP
    20015 S. LaGrange Rd., #1098                           71 S. Wacker Dr.
    Frankfort, IL 60423                                    Chicago, IL 60606
    T: (833) 343-6743                                      T: (312) 701-8744
    *Counsel for Plaintiff*                                *Counsel for Defendant*

Dated: <u>12/20/2023</u>

1